UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANDREW R. PERRONG,

               Plaintiff,

    -against-

BRIEF CALL, INC., NEW YORK VETERAN POLICE ASSOCIATION, and LOUIS TELANO,

               Defendants.

22 Civ. 4128 (PGG)

**ORDER OF SERVICE**

---

PAUL G. GARDEPHE, U.S.D.J.:

    Plaintiff, who is proceeding pro se, paid the filing fees to commence this action.

    The Clerk of Court is directed to issue a summons as to Defendants Brief Call, Inc., New York Veteran Police Association, and Louis Telano. Plaintiff is directed to serve the summons and Complaint on each Defendant within 90 days of the issuance of the summons. If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

Dated:    June 27, 2022
              New York, New York

                                          SO ORDERED.

                                          Paul G. Gardephe
                                          United States District Judge