THE STATE OF NEW YORK
UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Index No.: 1:22-CV-04128-PGG
Filed On:

**ANDREW R. PERRONG**

-against-

**Affidavit of Service**
**BUSINESS / AGENCY**

**BRIEF CALL, INC., ET AL**

---

STATE OF NEW YORK, COUNTY OF NEW YORK: ANTHONY MCCREATH, being duly sworn, deposes and says that deponent is not party to this action, is over 18 years of age and resides in the State of New York.

That on 7/14/2022 at 1:20 PM at 1815 AVENUE U, BROOKLYN, NY 11229 your deponent served the SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, COMPLAINT bearing Index # 1:22-CV-04128-PGG upon BRIEF CALL, INC., a domestic corporation, by delivering a true copy to LISA "DOE" (REFUSED FIRST NAME), MANAGER. Your deponent knew the person so served to be an agent authorized to accept on behalf of the entity to be served.

Your deponent describes the person so served to the best of deponent's ability at the time and circumstances of service as follows:

Gender: Female
Skin Color: White
Hair Color: Black
Approximate Age: 41 - 45
Approximate Height: 5ft 2in - 5ft 6in
Approximate Weight: 130 - 140

During service of the documents, your deponent has adhered to current CDC and NYS Department of Health Guidelines.

Sworn to before me on 7/15/2022

Notary Public, State of New York
No. 01KN6390229
Qualified in QUEENS County
Commission Expires 08/04/2026

ANTHONY MCCREATH
NYC License # - 2067076

NY SERVER, LLC  Michael Levey
450 ROUTE 25A #814
EAST SETAUKET, NY 11733
Phone: 212-855-4495
File No. 201659

Andrew R. Perong
1657 The Fairway #131
Jenkintown, PA 19046

RECEIVED
SDNY PRO SE OFFICE
2022 AUG -1 PM 10: 1

Pro Se Intake Unit, Clerk's Office
USDC, S.D.N.Y.
40 Foley Square, Room 105
New York, New York 10007

PENSACOLA FL 325
29 JUL 2022 PM 1 L

US$4.15
SDNY

10007-150299