## AFFIDAVIT OF COMPLIANCE

INDEX #: **22 CIV. 4128 (PGG)**
ATTORNEY: **ANDREW R. PERRONG - PRO SE**
**1657 THE FAIRWAY #131 JENKINTOWN PA 19046 ( ) -**

RECEIVED
SDNY PRO SE OFFICE

2022 AUG 12  AM 10: 05

**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**

**ANDREW R. PERRONG**
Plaintiff(s)

- against -

**BRIEF CALL, INC., ET AL**
Defendant(s)

**STATE OF NEW YORK:**
**COUNTY OF ALBANY:   ss:**

STEF MARIE, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on **07/26/2022, 04:05PM** at **99 WASHINGTON AVENUE, 6TH FLOOR, ALBANY, NEW YORK 12231**, deponent served a **SUMMONS IN A CIVIL ACTION, COMPLAINT AND CIVIL COVER SHEET** upon **NEW YORK VERTERAN POLICE ASSOCIATION**, a defendant in the above captioned matter.

Deponent served **NANCY DOUGHERTY**, a person authorized by the **NEW YORK Secretary of State** to accept service of process, with **1 copy** of the above described papers and the statutory fee of **$40.00** pursuant to section **307** of the **NY NOT-FOR-PROFIT LAW**.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex **F**   Approximate age **60**   Approximate height **5'03"**   Approximate weight **123**   Color of skin **WHITE**   Color of hair **BROWN**

Sworn to before me on 07/27/2022
DAVID POST NO. 01P06427868
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES ON 01/03/2026

X _____
STEF MARIE

YOU ARE SERVED, INC.