IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2022 AUG 12  AM 10: 03

| | |
|---|---|
| ANDREW R. PERRONG<br><br>    Plaintiff<br><br>v.<br><br>BRIEF CALL INC.<br><br>ET AL.<br><br>    Defendants. | Case No. 1:22-cv-04128-PGG-SN<br><br>JURY TRIAL DEMANDED |

**NOTICE OF MOTION TO STRIKE *PRO SE*
"MOTION TO DISMISS ALL CHARGES" FILED BY
<u>CORPORATE DEFENDANT BRIEF CALL INC</u>**

The Plaintiff in the above matter respectfully moves this Court to strike the *pro* se "Motion to Dismiss All Charges" of corporate defendant Brief Call Inc ("Brief Call") and order Brief Call to file an appropriate responsive pleading within fourteen days. As to the reasons therefore, the Plaintiff relies upon the attached Brief in Support, which is incorporated herein.

Dated: **August 3, 2022**

*[signature]*

Andrew R. Perrong
*Plaintiff Pro-Se*
1657 The Fairway #131
Jenkintown, PA 19046
Phone: 215-791-6957
Facsimile: 888-329-0305
andyperrong@gmail.com

1