```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/2/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ANDREW R. PERRONG,

                         **Plaintiff,**           22-CV-04128 (PGG)(SN)

       -against-                                         **ORDER**

BRIEF CALL, INC., NEW YORK
VETERAN POLICE ASSOCIATION, and
LOUIS TELANO,

                         **Defendants.**

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On August 22, 2022, and September 8, 2022, Plaintiff filed requests for entries of default against Defendants New York Veteran Police Association and Brief Call, Inc. ECF Nos. 18, 19. On October 3, 2022, these docket entries were flagged as deficient by the Clerk of Court. On October 5, 2022, the Court granted Plaintiff's Motion for Permission for Electronic Case Filing. ECF No. 21. In light of the fact that Plaintiff was not granted permission for electronic case filing until after the Clerk of Court marked the entries as deficient, and that Plaintiff received no written notice of those deficiencies, the Court directs Plaintiff to address the stated deficiencies no later than November 16, 2022.

**SO ORDERED.**

                                                   _____
                                                   SARAH NETBURN
                                                   United States Magistrate Judge

DATED:      New York, New York
                  November 2, 2022