UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Andrew R. Perrong

                        Plaintiff(s),

- against -

Brief Call Inc. et al.

                        Defendant(s),
-----------------------------------------------------------X

RECEIVED
SDNY PRO SE OFFICE
2022 NOV 29  AM 10: 26

22 Civ. 4128 (PGG)

**CLERK'S CERTIFICATE OF DEFAULT**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on 05/19/2022 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) New York Veteran Police Association by personally serving Nancy Dougherty, NYS Secretary of State Office, and proof of service was therefore filed on 08/11/2022, Doc. #(s) 13.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: New York, New York

November 29, 20 22

RUBY J. KRAJICK
Clerk of Court

By: *K. Mango*
      Deputy Clerk