AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| ANDREW PERRONG | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:22-cv-04128-PGG |
| BRIEF CALL INC., NYPD VETERANS ASSOC. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant BRIEF CALL INC.

Date: 12/02/2022

/s/nataliesulimani
*Attorney's signature*

NATALIE SULIMANI; SN1054
*Printed name and bar number*

75 Maiden Lane
New York, New York 10038

*Address*

natalie@sulimanilawfirm.com
*E-mail address*

(212) 863-9614
*Telephone number*

*FAX number*