UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW R. PERRONG,

               Plaintiff,

-against-                             **ORDER**

BRIEF CALL, INC., NEW YORK          22 Civ. 4128 (PGG) (SN)
VETERAN POLICE ASSOCIATION, and
LOUIS TELANO,

               Defendants.

PAUL G. GARDEPHE, U.S.D.J.:

        Plaintiff will respond to Defendant Brief Call's Motion to Set Aside Default Certificate of Clerk (Dkt. No. 38) by **Friday, January 6, 2023**. Defendant Brief Call's response, if any, is due by **Wednesday, January 11, 2023**.

Dated:  New York, New York
         December 29, 2022             SO ORDERED.

*Paul G. Gardephe*
_____
Paul G. Gardephe
United States District Judge