```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/29/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ANDREW R. PERRONG,

                            Plaintiff,                    22-CV-04128 (PGG)(SN)

            -against-                            **ORDER**

BRIEF CALL, INC., NEW YORK
VETERAN POLICE ASSOCIATION, and
LOUIS TELANO,

                            Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      Defendant Brief Call, Inc. is directed to file any opposition to the Plaintiff's motion for entry of default by May 10, 2024.

**SO ORDERED.**

                                                                     SARAH NETBURN
                                                                   United States Magistrate Judge

DATED:     New York, New York
              April 29, 2024