NATALIE SULIMANI, ESQ.
Sulimani Law Firm, PA
75 Maiden Lane, suite 802
New York, NY 10038
Federal Bar No. SN1054
natalie@sulimanilawfirm.com
Direct: 212.863.9614

May 10, 2024

**VIA ECF**

Honorable Sarah Netburn
United States Magistrate Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      **In RE**:    *Perrong v. Brief Call Inc. et al*,
                    Case No.: 1:22-cv-04128-PGG-SN

Dear Judge Netburn,

I am writing jointly with Plaintiff, Andrew Perrong, to request a stay to respond to Plaintiff's motion for default judgment and/or respond to the Complaint as the parties have partaken in serious settlement discussions and have agreed on a settlement in principle.

The parties request time to draft and execute a settlement agreement memorializing that agreement.

                Respectfully Submitted,

                Natalie Sulimani, Esq.

1