IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW R. PERRONG<br><br>      Plaintiff<br><br>v.<br><br>BRIEF CALL INC.<br><br>ET AL.<br><br>      Defendants. | Case No. 1:22-cv-04128-PGG-SN<br><br>JURY TRIAL DEMANDED |

## MOTION TO ENFORCE SETTLEMENT AGREEMENT

**PLEASE TAKE NOTICE** that upon the annexed memorandum of law, attached exhibits, and all prior proceedings had herein, a motion will be made by Plaintiff before the Court, to be held at the U.S. District Court for the Southern District of New York, 40 Foley Square, New York, NY 10007, on a date and time to be determined by the Court, for an Order:

A. Enforcing the settlement agreement entered into between the parties by an order of specific performance;

B. Awarding sanctions for excess attorneys' fees and costs incurred as a result of the Defendant's conduct pursuant to 28 U.S.C. § 1927, and;

C. For such further relief as this Court may deem just and proper.

Dated: **June 17, 2024**

                                                _____/s/_____
                                                          Andrew R. Perrong, Esq.
                                                               *Plaintiff Pro-Se*
                                                          1657 The Fairway #131
                                                           Jenkintown, PA 19046
                                                             Phone: 215-791-6957
                                                       Facsimile: 888-329-0305
                                                        andyperrong@gmail.com